**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 16-405-2** |
| | : | |
| | : | |
| **CHARLES WASHINGTON** | : | |
| | : | |

## <u>ORDER</u>

This 21st day of May, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motions for post-trial relief, ECF 266, ECF 268, ECF 269, and ECF 270, are **DENIED.**

There is no basis for the issuance of a certificate of appealability.

 /s/ Gerald Austin McHugh 
United States District Judge